

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00494-CR

Richard A. **CANTU**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-11-293-CRW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Staci Slayden's Notification of Late Reporter's Record is this date NOTED. The Reporter's Record is due on October 4, 2019.

It is so **ORDERED** on September 24, 2019.

**PER CURIAM**

ATTESTED TO: _LuzEstrada_____
LUZ ESTRADA,
Chief Deputy Clerk